```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDWARD BULGARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDWARD BULGARA  and<br>MONICA SANCHEZ,<br><br>            Defendants. | Case No. 1:05-cr-00471 OWW<br><br>STIPULATION TO VACATE TRIAL DATE<br>AND SET FOR STATUS CONFERENCE<br><br>DATE : July 17, 2006<br>TIME  : 1:30 p.m.<br>DEPT : Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, counsel for Plaintiff; ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Edward Bulgara; and JAMES HOMOLA, counsel for Defendant Monica Sanchez that the trial date in this matter may be vacated and a status conference may be scheduled for July 17, 2006.  **The date currently set for trial is July 18, 2006.  It is requested that the trial date be vacated and that a status conference be scheduled July 17, 2006.**

　　　This request is made to allow time for activities leading to a possible resolution of the case through a government motion pursuant to § 5K1.1 of the United States Sentencing Guidelines.  Additional investigation is needed to determine the propriety and/or extent of such a motion.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: July 7, 2006                     MCGREGOR W. SCOTT
                                        United States Attorney

                                         /s/ Kimberly A. Kelly
                                        KIMBERLY A. KELLY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED:  July 7, 2006                    DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Edward Bulgara


DATED:  July 7, 2006                    JAMES HOMOLA, Esq.

                                        /s/ James Homla
                                        Attorney for Defendant
                                        Monica Sanchez


**O R D E R**

**DENIED.**

DATED: July _7__, 2006                  /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        U.S. District Court Judge for the
                                        Eastern District of California

Stipulation to Continue Status Conference                2